**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00598-CV

**MARC HEALEY, Appellant**

**V.**

**NATASHA HALL, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 92099-CC2**

## ORDER

Before the Court is appellant's September 28, 2016 motion to compel the court reporter to file the reporter's record. On July 13, 2016, the Court ordered this appeal submitted without the reporter's record after appellant failed to provide proof of request for the reporter's record and written verification that he had paid the court reporter's fee or been found entitled to proceed without advance payment of costs. To date, appellant has not provided proof of payment of the court reporter's fee. Accordingly, we **DENY** appellant's motion. Appellant's brief on the merits is due **OCTOBER 11, 2016**.

/s/      ELIZABETH LANG-MIERS
JUSTICE